ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYBN 4325163)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6748
    savith.iyengar@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HUNG PHI PHAM, | ) No. 3:23-cv-01288-CRB |
| | ) |
|     Petitioner-Plaintiff, | ) **STIPULATION REGARDING BRIEFING** |
| | ) **SCHEDULE; [~~PROPOSED~~] ORDER** |
|     v. | ) |
| | ) |
| MOISES BECERRA, et al., | ) |
| | ) |
|     Respondents. | ) |
| ———————————————— | ) |

Having met and conferred, and pursuant to Civil Local Rules 6-2(a) and 7-12, Petitioner and Respondents, through their undersigned counsel of record, hereby stipulate as follows:

WHEREAS, on March 31, 2023, the Court issued an Order Granting Temporary Restraining Order ("TRO"), ordering the government to provide Petitioner with a bond hearing within five (5) days, i.e., on or before April 5, 2023 (ECF No. 20 ["Order"]);

WHEREAS, on March 31, 2023, the government notified Petitioner's counsel that it had scheduled Petitioner's bond hearing for April 5, 2023 at 10 a.m.;

WHEREAS, on April 5, 2023 an Immigration Judge granted Petitioner's request for release from custody upon the posting of bond in the amount of $1,500;

WHEREAS, in the Order, the Court also set a briefing schedule and hearing date for a preliminary injunction, with any opposition due no later than April 7, 2023, any reply due no later than

STIPULATION AND [~~PROPOSED~~] ORDER
3:23-CV-01288-CRB                   1

April 14, 2023, and the hearing set for April 21, 2023, or such later date as the parties may request (*Id.* at 15).

NOW, THEREFORE, the parties jointly and respectfully submit this stipulation, subject to the Court's approval, that:

1. Briefing for the preliminary injunction be vacated, including the hearing date set in the Order;

2. The Court set a briefing schedule with respect to the merits of the habeas petition (ECF No. 1) as follows:

   - Respondents' return is due no later than June 16, 2023;
   - Petitioner's traverse is due no later than July 28, 2023; and
   - A hearing thereafter will be set by the Court subject to its availability;

3. The TRO granted in the Order be extended until the date on which the Court issues an order on the merits of the habeas petition in accord with the aforementioned briefing schedule.

This request is made jointly in the spirit of efficiency and to streamline this matter.


Respectfully submitted,


ISMAIL J. RAMSEY
United States Attorney

Dated: April 5, 2023          By:    */s/ Savith Iyengar*
                                     SAVITH IYENGAR
                                     Assistant United States Attorney

                                     Attorneys for Respondents



                                     LAKIN & WILLE LLP

Dated: April 5, 2023          By:    ***/s/ *Amalia Wille*
                                     AMALIA WILLE

                                     Attorneys for Petitioner

                                     ** Pursuant to Civ. L.R. 5-1(h)(3), the filer of the document
                                        has obtained approval from this signatory.

STIPULATION AND [PROPOSED] ORDER
3:23-CV-01288-CRB                                        2

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.  The briefing deadlines and hearing for the preliminary injunction set in the Order Granting Temporary Restraining Order (ECF No. 20 ["Order"] at 15) are vacated.  Respondents shall file a return addressing the merits of the habeas petition (ECF No. 1) no later than June 16, 2023.  Petitioner shall file a traverse no later than July 28, 2023.  The Court sets a hearing on the merits of the habeas petition for "to be determined"           .  The temporary restraining order granted in the Order is extended until the date on which the Court issues an order on the merits of the habeas petition.

Dated: ___April 6_____, 2023         _____

HON. CHARLES R. BREYER
United States District Judge